UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>CHAMP'S SPORTS GRILL AND BAR OF LUBBOCK LLC, *et al.*,<br><br>Defendants. | CASE NO.: 5:23-cv-00026-C |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff, Joe Hand Promotions, Inc. ("Plaintiff"), by its attorney, and Defendants, Champ's Sports Grill and Bar of Lubbock LLC, d/b/a Champ's Sports Grill and Bar, d/b/a Champs Sports Bar & Grill, and d/b/a Champs Bar, Shane Byrd, Charles Brian Burns, a/k/a Brian Burns, and Andre Patterson (collectively, "Defendants"), by their attorney, and file this their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and would show as follows:

1. Plaintiff and Defendants notify the Court that the claims in this suit have settled.

2. Defendants have not filed a counterclaim, cross claim, or third-party claim in this lawsuit.

3. This case is not a class action, a receiver has not been appointed, and this case is not governed by any federal statute that requires an order of the Court for the stipulated dismissal herein.

1

4. Plaintiff hereby stipulates dismissal of its claims in this lawsuit against Defendants <u>with</u> prejudice to refiling same.

5. Defendants hereby stipulate dismissal of their claims, if any, against Plaintiff <u>with</u> prejudice.

6. The parties to this Joint Stipulation of Dismissal have not dismissed an action based on or including the same claims, the same facts, and the same parties as those presented in this lawsuit.

7. This Joint Stipulation of Dismissal dismisses the case in its entirety.

Respectfully submitted,

JAMIE KING, P.C.

/s/ Jamie King
---
Jamie King
Texas State Bar No. 24043755
Jamie King, P.C.
PO Box 5757
Kingwood, TX 77325
(T): 832-584-0106
(F): 888-247-0443
(E): jamie@jamiekingpc.com

ATTORNEY FOR PLAINTIFF,
JOE HAND PROMOTIONS, INC.

-and

_/s/ David L. Kerby_
David L. Kerby
State Bar No. 24041236
KERBY & WADE, P.C.
P.O. Box 65150
Lubbock, Texas 65150
(T): 806-793-7600
(F): 806-793-6882
dkerby@ttlawyers.com

ATTORNEY FOR DEFENDANTS,
CHAMP'S SPORTS GRILL AND BAR OF
LUBBOCK LLC, d/b/a CHAMP'S SPORTS
GRILL AND BAR, d/b/a CHAMPS SPORTS BAR
& GRILL, and d/b/a CHAMPS BAR, SHANE
BYRD, CHARLES BRIAN BURNS,
a/k/a BRIAN BURNS, and ANDRE PATTERSON