IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAMP'S SPORTS GRILL AND BAR | ) | |
| OF LUBBOCK LLC, *d/b/a Champ's Sports* | ) | |
| *Grill and Bar, d/b/a Champs Sports Bar* | ) | |
| *& Grill, and d/b/a Champs Bar, Et Al.*, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 5:23-CV-026-C |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal, filed March 21, 2023, finds that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO ORDERED.

Dated this 22nd day of March, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE